THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. RICHARDSON, : | |
| : | 3:22-CV-434 |
| Plaintiff, : | |
| : | (JUDGE MARIANI) |
| v. : | (Magistrate Judge Mehalchick) |
| : | |
| FEDERAL BUREAU OF : | |
| INVESTIGATION, et al., : | |
| Defendants. : | |

## ORDER

**AND NOW, THIS 5TH DAY OF OCTOBER, 2022**, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's motion for temporary restraining order and preliminary injunction (Doc. 7) are **DENIED**.

3. Defendants' motion to dismiss, or alternatively, for summary judgment (Doc. 12) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff's *Bivens* claims for violations of the Fourth and Fifth Amendments against the FBI or John Doe FBI Agents in their official capacities, 42 U.S.C. § 1983 claims, Fourteenth Amendment claims, claims under the Universal Declaration of Human Rights, and ADA claims, are **DISMISSED WITH PREJUDICE**.

    b. Plaintiff's *Bivens* claims for violations of the Fourth and Fifth Amendments against John Doe FBI Agents in their individual capacities and 42 U.S.C. § 1985 claims are **DISMISSED WITHOUT PREJUDICE**.

    c. Defendants' alternative motion for summary judgment is **DENIED WITHOUT PREJUDICE** to Defendants' ability to renew the motion following the close of discovery.

4. Plaintiff's motion to amend (Doc. 15) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff's request that the Court issue a subpoena directing the release of Defendants' identities (Doc. 15, at 3) is **DENIED**.

    b. Plaintiff's request to amend the complaint is **GRANTED**.

5. No later than **30 days** from the date of this Order, Plaintiff shall file a curative Amended Complaint.

6. The case is **REMANDED** to Magistrate Judge Mehalchick for further proceedings consistent with this Order.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge