THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL J. RICHARDSON, | : | |
| Plaintiff, | : | 3:22-CV-434 |
| | : | (JUDGE MARIANI) |
| v. | : | (Magistrate Judge Mehalchick) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 6th DAY OF JULY, 2023, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 26) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 26) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss the Amended Complaint (Doc. 21) is **GRANTED**.

3. Plaintiff's Amended Complaint (Doc. 20) is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge